'7

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN

RonAID D SmiTH

Plaintiff(s),

Case:2:12-cv-15640
Judge: Cox, Sean F.
MJ: Grand, David R.
Filed: 12-26-2012 At 09:41 AM
CMP Smith v. Guardian Care, Inc. (tam)

v.

Guardian CAre Inc.

Defendant(s).

_____/

Civil Complaint

on 12,11,12 I went to my sister Pearl SmiTH guardianship hearing held in probate court. social worker Gwen malone was the petitioner. I stated to judge milton L mack that ms malone failed to notify our brother Richard SmiTel and sister CArolyn washington. ms malone stated to the judge that she did not have their address. I stated to the judge that ms malone had the records from fairlidne nursing home Pearls previous nursing home. The guardian Ad litem stated to the judge that RonAld SmiT have power of Attorney. Guardian CAre Inc. was Appointed temporary guardian. on 12,24,12 I went to lakeshore nursing home to take pearl to the bank, mc DonalDS and the dollar store. I ask the nurse for the log book to sign pearl out. I signed my name and phone number. I wrote the ville

and time out and the time pearl would return. The same thing I have done since pearl was placed in lakeshore, when we returned I was stoped by security, And was told that ms malone wanted to speak with me. After a few minutes ms malone And another women walked up ms malone said I did not have permission to take Pearl Anywhere. ms malone also said that she had called the police And told them that I had kidnap Pearl. ms malone stated that I can no longer visit my sister. I left the nursing home - Pearl has been hospitalize twice while in the care of lakeshore Healthcare.

## Relife Requested

I Demand the following relife 750,000 seven hundred and fifty thousand dollars in punitive damages And compensatory damages for Pain And Suffering, emotional distress And Anguish. To order Guardian care Inc powers of the fiduciary suspended. To order Pearl Smith released from lakeshore Healthcare and or order Pearl Smith transfered to a different nursing home. To order Guardian care Inc to pay Any And All court costs and filing fees. To order to pay Any And All applicable Attorney fees

_Korale L. Smith_
Signature of Plaintiff

_306 Tuxedo mail address_
Street Address

_Highland park MI 48203_
City, State, Zip Code

_12/26/12_
Date

_Pena (313) 711-3250_
Telephone Number

PC633a    SFaircloth    12/11/2012 10:18 AM    (i)

OSM CODE: LOG

| STATE OF MICHIGAN<br>PROBATE COURT<br>COUNTY OF WAYNE | LETTERS OF GUARDIANSHIP | FILE NO.<br>2011-765269-GA B<br>Judge Milton L Mack Jr |
|---|---|---|

In the matter of    Pearl Smith, Legally Incapacitated Individual

TO:   Name and address

Guardian Care Inc
26601 Coolidge Hwy
Oak Park, MI 48237
(248)-691-1100

1.  You have been appointed   ☐ by will or other witnessed writing   ☒ by the court, as    Temporary-Guardian
    of the individual named above.
    
    (Type of guardian (full, limited, temporary, etc.)

2.  Having filed an acceptance of appointment, you have the care, custody, and control of that individual:

    a. together with all authority and responsibilities granted and imposed by law.

    b. except as follows:
        The fiduciary may not relocate the ward out of the state without prior Probate Court authority.

    c.  As to the following powers and responsibilities only:
        Medical, Insurance, Placement.

3.  These letters of guardianship expire on    01/15/2013
    Date

12/11/2012
Date

Judge    Milton L Mack Jr                    Bar no. 25193

Attorney name (type or print)    Bar no.       Attorney name (type or print)    Bar no.

Address                                        Address

City, state, zip    Telephone no.             City, state, zip    Telephone no.

I certify that I have compared this copy with the original on file and that it is a correct copy of the whole of such original,
and on this date, these letters are in full force and effect.

Date                                           Deputy Probate Register

The Letters of Authority are valid only if issued with the raised seal of the Wayne County Probate Court.

Do not write below this line - For court use only

MCL 700.5103, MCL 700.5214, MCL 700.5215(f), (g), MCL 700.5314(a), (e),
MCR 5.202, MCR 5.402(D), MCR 5.405(C), MCR 5.406(A), MCR 5.409

PC 633a (9/05) LETTERS OF GUARDIANSHIP

Guardian Care Inc
26601 Coolidge Hwy
Oak Park, MI 48237

Approved, SCAO                                                                                    JIS CODE: PSV

| STATE OF MICHIGAN<br>PROBATE COURT<br>COUNTY OF WAYNE<br>Circuit Court - Family Division | PROOF OF SERVICE | FILE NO.<br>2011-765269-GA B |
|---|---|---|

In the matter of <u>Pearl Smith</u>

1.  Titles of the papers served or mailed: <u>Notice of Hearing (scheduled for 12/11/12), Petition to Appoint Guardian</u>

[x] 2.  According to court rule, I served by      [x] first-class mail      [ ] registered mail (copy of return receipt attached)
        [ ] certified mail (copy of return receipt attached)      the papers described above on:

| Name | Complete address of service | Date |
|---|---|---|
| Ron Smith | 306 Tuxedo Highland Park MI 48203 | November 20, 2012 |

[ ] 3. According to court rule, I served by **personal service** the papers described above on:

| Name | Complete address of service | Date and Time |
|---|---|---|
|  |  |  |
|  |  |  |
|  |  |  |

[ ] 4.  After diligent search and inquiry, I have been unable to find and serve the following interested persons. I have served these persons by publication. Attached are copies of form PC 617.

I declare under the penalties of perjury that this proof of service has been examined by me and that its contents are true to the best of my information, knowledge, and belief.

| Service fee<br>$ | Miles traveled | Fee<br>$ | | <u>11/20/12</u><br>Date |
|---|---|---|---|---|
| Incorrect address fee<br>$ | Miles traveled | Fee<br>$ | TOTAL FEE<br>$ | *Alexis Callis* (signature)<br>Signature |

<u>Alexis Callis</u>
Name (type or print)

JSE **NOTE:** If this form is being filed in the circuit court family division, please enter the court name and county in the upper left-hand corner of the form.

Do not write below this line - For court use only

C 564 (9/10)  **PROOF OF SERVICE**                    MCL 700.1306, MCL 700.1401, MCR 5.104(A), MCR 5.105, MCR 5.107

Approved, SCAO

JIS CODE: PEG

| STATE OF MICHIGAN<br>PROBATE COURT<br>COUNTY OF WAYNE<br>Circuit Court - Family Division | PETITION FOR<br>APPOINTMENT OF GUARDIAN OF<br>INCAPACITATED INDIVIDUAL | FILE NO. |
|---|---|---|

**(A)** In the matter of <u>Pearl Smith</u>         <u>XXX-XX-3073</u>

Alleged incapacitated individual         Last four digits of SSN

**(B)**

| Date of birth<br>September 22, 1951 | Race<br>AA | Sex<br>female | Address of alleged incapacitated individual where now found<br>Lakeshore Healthcare 9146 Woodward Ave<br>Detroit, MI 48202 |
|---|---|---|---|

**(C)** 1.I, <u>Gwen Malone</u>   , am interested in this matter and make this petition as

Name (type or print)

<u>Social Worker</u>             .

State interest/relationship

**(D)** [ ] 2. An action within the jurisdiction of the family division of circuit court involving the family or family members of the person

named above has been previously filed in _____ Court, Case Number _____, was

assigned to Judge _____, and [ ] remains [ ] is no longer pending.

**(E)** 3. The adult is a resident of <u>Detroit</u>, <u>Wayne</u>    <u>Michigan</u>

City, village, or township    County    State

and has a home address and telephone number of <u>Lakeshore Healthcare 9146 Woodward Ave</u>

Address

<u>Detroit, MI 48202</u>       <u>(313) 875-1263</u> .

City    State  Zip    Telephone no.

[ ] The individual is a citizen of the following foreign country: _____

**(F)** 4. The adult has: [ ] a patient advocate/power of attorney for health care. (Specify name and address below.)

       [x] a power of attorney. (Specify name and address below.)

       [ ] a conservator. (Specify name and address below.)

<u>Ron Smith 306 Tuxedo Highland Park, MI 48203</u>

Name and address

**(G)** [x] 5. [ ] The patient advocate designation was not executed in compliance with MCL 700.5506.

   [ ] The patient advocate is not complying with the terms of the designation or of MCL 700.5506 to 700.5512.

   [x] The patient advocate is not acting consistent with the ward's best interests.

**(H)** 6. The adult lacks sufficient understanding or capacity to make or communicate informed decisions because of

  [ ] mental illness.    [ ] mental deficiency.   [x] physical illness or disability.

  [ ] chronic intoxication.  [ ] chronic drug use.   [ ] _____.

**(I)** 7. Specific facts about the adult's recent condition or conduct that lead me to believe the adult needs a guardian are

(Attach a separate sheet if more space is needed.)

<u>Ms. Smith has a diagnosis of Metabolic Encephalopathy, Acute Kidney Failure, CHF, HTN and Diabetes. She is</u>
<u>very confused and unable to make informed decisions. Her brother who has been acting as her DPOA has been</u>
<u>upsetting Ms. Smith when he visits or speaks with her, to the point it is felt he is emotionally abusive. He has</u>
<u>moved into her prior apartment even though she did not want him to. He has repeatedly told her that she messed</u>
<u>up, has made big mistakes and will have to live in an AFC home and will lose everything. She does not want him</u>
<u>acting on her behalf. The facility believes it would be in her best interest to have a third party guardian appointed.</u>

(SEE SECOND PAGE)

USE NOTE: If this form is being filed in the circuit court family division, please enter the court name and county in the upper left-hand corner of the form.

Do not write below this line - For court use only

PC 625 (9/11) **PETITION FOR APPOINTMENT OF GUARDIAN OF INCAPACITATED INDIVIDUAL** MCL 700.1105(a), MCL 700.5303, MCR 3.206(A)(4),<br>MCR 5.125(C)(22), MCR 5.402(A)

(Rev. 12/07) **CIVIL COVER SHEET** County in which action arose _____

JS 44 civil cover sheet and the information contained herein neither replace nor supplement the filing and service of pleadings or other papers as required by law, except as provided by local rules of court. This form, approved by the Judicial Conference of the United States in September 1974, is required for the use of the Clerk of Court for the purpose of initiating the civil docket sheet. (SEE INSTRUCTIONS ON THE REVERSE OF THE FORM.)

## I. (a) PLAINTIFFS
*Ronald D Smith*

**DEFENDANTS**
*Guardian Care Inc*

**(b)** County of Residence of First Listed Plaintiff *Wayne*
(EXCEPT IN U.S. PLAINTIFF CASES)

County of Residence of First Listed Defendant *Wayne*
(IN U.S. PLAINTIFF CASES ONLY)

NOTE: IN LAND CONDEMNATION CASES, USE THE LOCATION OF THE LAND INVOLVED.

**(c)** Attorney's (Firm Name, Address, and Telephone Number)
*306 Tuxedo Highland Park MI 48203 (313) 717-3250*

Attorneys (If Known)

## II. BASIS OF JURISDICTION (Place an "X" in One Box Only)

☐ 1 U.S. Government Plaintiff
☒ 3 Federal Question (U.S. Government Not a Party)
☐ 2 U.S. Government Defendant
☐ 4 Diversity (Indicate Citizenship of Parties in Item III)

## III. CITIZENSHIP OF PRINCIPAL PARTIES (Place an "X" in One Box for Plaintiff and One Box for Defendant)
(For Diversity Cases Only)

| | PTF | DEF | | PTF | DEF |
|---|---|---|---|---|---|
| Citizen of This State | ☐ 1 | ☐ 1 | Incorporated or Principal Place of Business In This State | ☐ 4 | ☐ 4 |
| Citizen | | | Incorporated and Principal Place | ☐ 5 | ☐ 5 |
| Citizen | | | | | ☐ 6 |

Case: 2:12-cv-15640
Judge: Cox, Sean F.
MJ: Grand, David R.
Filed: 12-26-2012 At 09:41 AM
CMP Smith v. Guardian Care, Inc. (t am)

## IV. NATURE OF SUIT (Place an "X" in One Box Only)

**CONTRACT**
☐ 110 Insurance
☐ 120 Marine
☐ 130 Miller Act
☐ 140 Negotiable Instrument
☐ 150 Recovery of Overpayment & Enforcement of Judgment
☐ 151 Medicare Act
☐ 152 Recovery of Defaulted Student Loans (Excl. Veterans)
☐ 153 Recovery of Overpayment of Veteran's Benefits
☐ 160 Stockholders' Suits
☐ 190 Other Contract
☐ 195 Contract Product Liability
☐ 196 Franchise

**REAL PROPERTY**
☐ 210 Land Condemnation
☐ 220 Foreclosure
☐ 230 Rent Lease & Ejectment
☐ 240 Torts to Land
☐ 245 Tort Product Liability
☐ 290 All Other Real Property

**TORTS**

PERSONAL INJURY
☐ 310 Airplane
☐ 315 Airplane Product Liability
☐ 320 Assault, Libel & Slander
☐ 330 Federal Employers' Liability
☐ 340 Marine
☐ 345 Marine Product Liability
☐ 350 Motor Vehicle
☐ 355 Motor Vehicle Product Liability
☐ 360 Other Personal Injury

PERSONAL INJURY
☐ 362 Personal Injury - Med. Malpractice
☐ 365 Personal Injury - Product Liability
☐ 368 Asbestos Personal Injury Product Liability

PERSONAL PROPERTY
☐ 370 Other Fraud
☐ 371 Truth in Lending
☐ 380 Other Personal Property Damage
☐ 385 Property Damage Product Liability

**CIVIL RIGHTS**
☐ 441 Voting
☐ 442 Employment
☐ 443 Housing/ Accommodations
☐ 444 Welfare
☐ 445 Amer. w/Disabilities - Employment
☐ 446 Amer. w/Disabilities - Other
☒ 440 Other Civil Rights

**PRISONER PETITIONS**
☐ 510 Motions to Vacate Sentence
Habeas Corpus:
☐ 530 General
☐ 535 Death Penalty
☐ 540 Mandamus & Other
☐ 550 Civil Rights
☐ 555 Prison Condition

☐ 620 Other Food & Drug
☐ 625 Drug Related Seizure of Property 21 USC 881
☐ 630 Liquor Laws
☐ 640 R.R. & Truck
☐ 650 Airline Regs.
☐ 660 Occupational Safety/Health
☐ 690 Other

**LABOR**
☐ 710 Fair Labor Standards Act
☐ 720 Labor/Mgmt. Relations
☐ 730 Labor/Mgmt.Reporting & Disclosure Act
☐ 740 Railway Labor Act
☐ 790 Other Labor Litigation
☐ 791 Empl. Ret. Inc. Security Act

**IMMIGRATION**
☐ 462 Naturalization Application
☐ 463 Habeas Corpus - Alien Detainee
☐ 465 Other Immigration Actions

28 USC 157

**PROPERTY RIGHTS**
☐ 820 Copyrights
☐ 830 Patent
☐ 840 Trademark

**SOCIAL SECURITY**
☐ 861 HIA (1395ff)
☐ 862 Black Lung (923)
☐ 863 DIWC/DIWW (405(g))
☐ 864 SSID Title XVI
☐ 865 RSI (405(g))

**FEDERAL TAX SUITS**
☐ 870 Taxes (U.S. Plaintiff or Defendant)
☐ 871 IRS—Third Party 26 USC 7609

...ionment
...aking
☐ 450 Commerce
☐ 460 Deportation
☐ 470 Racketeer Influenced and Corrupt Organizations
☐ 480 Consumer Credit
☐ 490 Cable/Sat TV
☐ 810 Selective Service
☐ 850 Securities/Commodities/ Exchange
☐ 875 Customer Challenge 12 USC 3410
☐ 890 Other Statutory Actions
☐ 891 Agricultural Acts
☐ 892 Economic Stabilization Act
☐ 893 Environmental Matters
☐ 894 Energy Allocation Act
☐ 895 Freedom of Information Act
☐ 900 Appeal of Fee Determination Under Equal Access to Justice
☐ 950 Constitutionality of State Statutes

## V. ORIGIN (Place an "X" in One Box Only)
☒ 1 Original Proceeding
☐ 2 Removed from State Court
☐ 3 Remanded from Appellate Court
☐ 4 Reinstated or Reopened
☐ 5 Transferred from another district (specify)
☐ 6 Multidistrict Litigation
☐ 7 Appeal to District Judge from Magistrate Judgment

## VI. CAUSE OF ACTION
Cite the U.S. Civil Statute under which you are filing (Do not cite jurisdictional statutes unless diversity):
*U.S.C. 1983 1621, U.S.C 1983 1035*
Brief description of cause: *as maker & failed to notify all interested persons, but in court, made false statements to the Police, violation of due process*

## VII. REQUESTED IN COMPLAINT:
☐ CHECK IF THIS IS A CLASS ACTION UNDER F.R.C.P. 23
DEMAND $ *150,000*
CHECK YES only if demanded in complaint:
JURY DEMAND: ☒ Yes ☐ No

## VIII. RELATED CASE(S) IF ANY
(See instructions): JUDGE _____ DOCKET NUMBER _____

DATE _____ SIGNATURE OF ATTORNEY OF RECORD _____

**FOR OFFICE USE ONLY**

RECEIPT # _____ AMOUNT _____ APPLYING IFP _____ JUDGE _____ MAG. JUDGE _____

## JRSUANT TO LOCAL RULE 83.11

1.      Is this a case that has been previously dismissed?          ☐ Yes
                                                                    ☑ No

If yes, give the following information:

Court: _____

Case No.: _____

Judge: _____

2.      Other than stated above, are there any pending or previously     ☐ Yes
        discontinued or dismissed companion cases in this or any other   ☑ No
        court, including state court? (Companion cases are matters in which
        it appears substantially similar evidence will be offered or the same
        or related parties are present and the cases arise out of the same
        transaction or occurrence.)

If yes, give the following information:

Court: _____

Case No.: _____

Judge: _____

Notes :